**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

BELKIS HERNANDEZ LAUE,

Plaintiff,

CASE NO.: 0:24-cv-60472-MD

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MIDLAND CREDIT MANAGEMENT, INC., and CREDIT FIRST NATIONAL ASSOCIATION,

Defendants.
______________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CREDIT FIRST NATIONAL ASSOCIATION**

COMES NOW Plaintiff, BELKIS HERNANDEZ LAUE, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, CREDIT FIRST NATIONAL ASSOCIATION ("Credit First"). Defendant, Credit First, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this April 30th, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 30th of April, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*