**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60472-CIV-DAMIAN**

**BELKIS HERNANDEZ LAUE**,

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MIDLAND CREDIT MANAGEMENT, INC.**, and **CREDIT FIRST NATIONAL ASSOCIATION**,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO CREDIT FIRST NATIONAL ASSOCIATION**

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Credit First National Association [ECF No. 19], filed on April 30, 2024.

In the Notice, Plaintiff indicates she dismisses her claims in the Complaint against Defendant Credit First National Association pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court notes Defendant Credit First had not yet filed an Answer or a Motion for Summary Judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that Defendant Credit First National Association is **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Defendants Experian

Information Solutions, Inc., Trans Union LLC, and Midland Credit Management, Inc. remain pending.[1]

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 7th day of May, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

[1] Plaintiff filed a Notice of Settlement [ECF No. 20] as to Defendant Equifax Information Services, LLC on May 3, 2024, which will be addressed by separate order.