**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

BELKIS HERNANDEZ LAUE,

Plaintiff,

CASE NO.: 0:24-cv-60472-MD

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MIDLAND CREDIT MANAGEMENT, INC., and CREDIT FIRST NATIONAL ASSOCIATION,

Defendants.
_____________________________/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC**

COMES NOW Plaintiff, BELKIS HERNANDEZ LAUE, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 28th day of May, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

*/s/Ritika Singh*
Ritika Singh
Florida Bar No. 1016708
rsingh@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5442
Fax: (214) 871-2111
***Counsel for Defendant Trans Union LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 28th day of May, 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*