**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

BELKIS HERNANDEZ LAUE,

Plaintiff,

CASE NO. 0:24-cv-60472-MD

-vs-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MIDLAND CREDIT MANAGEMENT, INC., and CREDIT FIRST NATIONAL ASSOCIATION,

Defendants.

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, BELKIS HERNANDEZ LAUE, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 4th day of June, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855.9000
Facsimile: (844) 951.3933
Frank@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Maria H. Ruiz**
Maria H. Ruiz
Florida Bar No.: 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601
MRuiz@Kasowitz.com
*Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 4th day of June, 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

***/s/ Frank H. Kerney, III***
Frank H. Kerney, III
Florida Bar No.: 88672
The Consumer Lawyers
*Attorney for Plaintiff*