**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60472-CIV-DAMIAN**

**BELKIS HERNANDEZ LAUE**,

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC,** *et al.*,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE AS TO**
**MIDLAND CREDIT MANAGEMENT, INC. AND CLOSING CASE**

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice as to Midland Credit Management, Inc. [ECF No. 34], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(iii), filed on June 5, 2024. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant Midland Credit Management, Inc., is **DISMISSED WITH PREJUDICE** in accordance with the parties' Stipulation;
2. Each party shall bear its own fees and costs;
3. The Clerk of Court is directed to **CLOSE** this case; and
4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 11th day of June, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**