## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

BELKIS HERNANDEZ LAUE,

  Plaintiff,

v.                                      CASE NO.: 0:24-cv-60472-MD

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MIDLAND CREDIT MANGEMENT, INC., and CREDIT FIRST NATIONAL ASSOCIATION,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, BELKIS HERNANDEZ LAUE and the one remaining Defendant, EQUIFAX INFORMATION SERVICES LLC and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant EQUIFAX INFORMATION SERVICES LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of June, 2024.

<table>
<tr><td>

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

</td><td>

*/s/Sydney B. Alexander*
Sydney B. Alexander
Florida Bar No. 1019569
Sydney.alexander@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
***Counsel for Midland Credit Management, Inc.***

</td></tr>
<tr><td>

*/s/ Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRESS LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601

*Attorney for Defendant Experian Information Solutions, Inc.*

</td><td>

*/s/ Ritika Singh*
Ritika Singh
Florida Bar No. 1016708
rsingh@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5442
Fax: (214) 871-2111
***Counsel for Defendant Trans Union LLC***

</td></tr>
</table>