**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60472-CIV-DAMIAN**

**BELKIS HERNANDEZ LAUE**,

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC,** *et al.*,

Defendants.

_____________________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE AS TO**
**TRANS UNION LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.**

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice as to Trans Union LLC and Experian Information Solutions, Inc. [ECF No. 39] ("Stipulation"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(iii), filed June 28, 2024. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants Trans Union LLC and Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE** in accordance with the parties' Stipulation;
2. Each party shall bear their own fees and costs;
3. This case shall remain marked as **CLOSED**; and
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of June, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**